## CITY COURT OF NEW YORK — GENERAL TERM, OCTOBER, 1895.

BERNHARD McLAIN, Respondent, v. THE BRITISH & FOREIGN MARINE INSURANCE Co., LIMITED, Appellant.

APPEAL from judgment in favor of plaintiff entered upon verdict.

*Stewart & Macklin*, for appellant.

*Hyland & Zabriskie*, for respondent.

McCARTHY, J. We have given this case very careful study, and think that the various objections claimed by the appellant have been met, and the case was correctly submitted to the jury.

The complaint was proper in form, and sufficiently complied with claim of appellant. Code Civ. Proc. § 533.

The authority cited by appellant as controlling this case, to wit, *Van Wickle* v. *Mech. & Traders' Ins. Co.*, 97 N. Y. 350, 353, is distinguished in the case of *Singleton* v. *Phœnix Ins. Co.*, 132 id. 298, 303, 304, and in our judgment meets this case.

We find no errors, and the judgment must be affirmed, with costs.

VAN WYCK, J., concurs.
Judgment affirmed, with costs.